IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAUN EDGAR KOONTZ *et al.*, | : | |
| *Plaintiffs* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| SYNGENTA CROP PROTECTION | : | |
| LLC *et al.*, | : | No. 22-371 |
| *Defendant* | : | |

## ORDER

**AND NOW**, this ___3rd___ day of February, 2022, upon consideration of the parties' joint stipulation to remand (Doc. No. 2), it is **ORDERED** that:

1. This case is **REMANDED** to the Philadelphia County, Pennsylvania Court of Common Pleas.

2. The Clerk of Court is directed to **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1